ACCEPTED
12-15-00010-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/23/2015 4:27:15 PM
CATHY LUSK
CLERK

CASE NOS. 12-15-00010-CR & 12-15-00011-CR

| | | |
|---|---|---|
| KELTON DEREK WILSON | }{ | IN THE APPEALS COURT |
| | }{ | 12TH JUDICIAL DISTRICT |
| VS. | }{ | |
| | }{ | |
| THE STATE OF TEXAS | }{ | SITTING IN TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/23/2015 4:27:15 PM
CATHY LUSK
Clerk

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes STEVEN R. GREEN, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1.  Movant is attorney of record for KELTON DEREK WILSON, and was appointed by the Court to represent Appellant in the appeal of these criminal matters.

2.  Good cause exists for withdrawal as counsel by Movant because a conflict of interest exists between Movant and KELTON DEREK WILSON. Specifically:

    a.  Movant serves as municipal court judge for the City of Athens, Texas on a part-time basis.

    b.  In reviewing the clerk's records, Movant discovered he issued an arrest warrant for which law enforcement was seeking to arrest Appellant leading to the charges in these matters.

    c.  Additionally, Appellant was indicted for the charge for which Movant issued the arrest warrant and the trial court considered this charge in its punishment of these matters under Section 12.45 of the Texas Penal Code.

3.  This withdrawal is not sought for delay, but so Appellant might be represented by counsel of his choice.

4.  The last known address of KELTON DEREK WILSON is as follows: Joe F. Gurney Unit, 1385 FM 3328, Palestine, Texas 75803.

5.  A copy of this motion has been delivered to KELTON DEREK WILSON by first-class and certified mail along with notice of his right to object to it.

6. Appellant's brief is currently due on March 23, 2015. However, a motion for extension of time to file brief has been filed requesting additional time for Appellant to file his brief in light of this motion to withdraw also being filed.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Movant prays the Court will grant this motion.

Respectfully submitted,

_____
STEVEN R. GREEN
Attorney for Defendant
209 E. Corsicana Street
Athens, Texas 75751
Phone: (903) 675-1802
Fax: (469) 533-1662
Texas Bar # 24004673

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of this Motion to Withdraw as Counsel was delivered to the Henderson County District Attorney via e-filing on this the 23rd day of March, 2015.

_____
STEVEN R. GREEN